DELANCY T. SMITH, Doing Business under the Name and Style of D. T. SMITH & COMPANY, Appellant, v. ADELBERT L. SPITZER and Others, Individually and as Copartners Doing Business under the Firm Name of SPITZER, RORICK & Co., and Others, Defendants, Impleaded with E. CLARENCE MILLER and Others, as Copartners Doing Business under the Firm Name of BIOREN & COMPANY, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of said costs and ten dollars costs of motion at Special

Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ..